UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fellow Industries, Inc.,<br><br>Plaintiff(s),<br><br>v.<br><br>Turlyn International Inc., et al.,<br><br>Defendant(s). | Case No. 3:23-cv-02270-LJC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Gregory D. Phillips, an active member in good standing of the bar of Utah, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Fellow Industries, Inc. in the above-entitled action. My local co-counsel in this case is David Rapp-Kirshner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN344494.

| | |
|---|---|
| 4001 S. 700 E., Suite 500, Salt Lake City, UT 84107 | Three Embacadero Center, San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (801) 935-4935 | (415) 733-6000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| gdp@pcfblaw.com | DRappKirshner@goodwinlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4645.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  0  times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2023                                                        Gregory D. Phillips
                                                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gregory D. Phillips is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 17, 2023

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF GOOD STANDING

*This document expires 60 days from the date of issuance*

Issued on 5/9/2023

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Gregory D Phillips

This is to certify that Gregory D Phillips, Utah State Bar No. 4645 was admitted to practice law in Utah on 9/23/1985.

Gregory D Phillips is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Nancy J. Sylvester
General Counsel
Utah State Bar

No.2023 -1009875
verify by email at cogsrequest@utahbar.org