Darryl M. Woo (SBN 100513)
*DWoo@goodwinlaw.com*
David Rapp-Kirshner (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Gregory D. Phillips (Pro Hac Vice)
*gdp@pcfblaw.com*
**PCFB LAW**
4001 South 700 East, Suite 500
Salt Lake City, Utah 84107
Tel: (801) 935-49327

*Attorneys for Plaintiff Fellow Industries, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELLOW INDUSTRIES, INC., a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TURLYN INTERNATIONAL, INC., a California corporation; GUANGZHOU HAIER INFORMATION TECHNOLOGY CO. LTD., a Chinese entity; GUANGZHOU HAIER GLOBAL TRADING CO. LTD, a Chinese entity; HAIER AMERICA TRADING, LLC, a New Jersey limited liability company; JIANGMEN JIANXIN TRADING CO., LTD., a Chinese entity; JIANGMEN YONGKENG ELECTRIC & HARDWARE CO., a Chinese entity; GUANGZHOU CHWARES E-BUSINESS CO., LTD., a Chinese entity; and DOES 1-5,<br><br>Defendants. | Case No. 5:23-cv-02270-BLF (SVK)<br>**STATEMENT OF RECENT DECISION L.R. 7-3(d)(2)**<br><br>Date:        April 4, 2024<br>Time:       9:00 a.m.<br>Courtroom: 3 (5th Floor)<br>Judge:      Hon. Beth Labson Freeman |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 7-3(d)(2) and in anticipation of the April 4, 2024 hearing on the Motion to Dismiss filed by defendants Jiangmen Jianxin Trading Co., Ltd., Jiangmen Yongkeng Electric & Hardware Co., and Guangzhou Chwares E-Business Co., Ltd (which refer to themselves as the "Chinese Defendants") (Dkt. No. 45), Plaintiff Fellow Industries, Inc. brings to the Court's attention the recent decision (published after the date plaintiff's opposition was filed) of *Youngevity Int'l, Inc. v. Innov8tive Nutrition, Inc.*, No. 23-55350, 2024 WL 838707 (9th Cir. Feb. 28, 2024), which discusses and affirms *Herbal Brands, Inc. v. Photoplaza, Inc.*, 72 F.4th 1085 (9th Cir. 2023), which was denied certiorari on January 22, 2024.  True and correct copies of *Herbal Brands* and *Youngevity Int'l* are attached hereto as Exhibit A and Exhibit B, respectively.

Dated: March 27, 2024

Respectfully submitted,

GOODWIN PROCTER LLP
PCFB LAW

By: /s/    *David Rapp-Kirshner*
Darryl M. Woo (SBN 100513)
*DWoo@goodwinlaw.com*
David Rapp-Kirshner (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Gregory D. Phillips (Pro Hac Vice)
*gdp@pcfblaw.com*
**PCFB LAW**
4001 South 700 East, Suite 500
Salt Lake City, Utah 84107
Tel: (801) 935-49327

*Attorneys for Plaintiff Fellow Industries, Inc.*

# CERTIFICATE OF SERVICE

I, David Rapp-Kirshner, certify that on March 27, 2024, I caused a true and correct copy of the foregoing to be served on the following Defendants via electronic mail to the email addresses set forth below:

**Guangzhou Haier Information Technology Co. Ltd. and Guangzhou Haier Global Trading Co. Ltd**

*buyer.sda@haierhk.com*

*Lauren Kerwin lkerwin@potomaclaw.com*

I further certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on March 27, 2024. I further certify that all parties – except those listed above and served via electronic mail – through their counsel of record, will receive service by the CM/ECF System.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 27th day of March 2024.

/s/   David Rapp-Kirshner